# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRENDAN DUNCKLEY,

    Petitioner,

vs.

ROBERT LEGRAND, et al.,

    Respondents.

Case No. 3:13-cv-00393-RCJ-VPC

**ORDER**

    Respondents have submitted a motion for enlargement of time (first request) (#13) and a motion to substitute party (#14). The court grants both motions.

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#13) is **GRANTED**. Respondents shall have through November 10, 2014, to file and serve an answer or other response to the petition (#9).

    IT IS FURTHER ORDERED that respondents' motion to substitute party (#14) is **GRANTED**. The clerk of the court shall add Robert LeGrand as a respondent and shall remove the State of Nevada as a respondent. The caption on all documents filed with the court from this date forward shall be titled accordingly.

    Dated: October 21, 2014.

_____
ROBERT C. JONES
United States District Judge