# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDAN DUNCKLEY, | Case No. 3:13-cv-00393-RCJ-VPC |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT LEGRAND, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 55), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 55) is **GRANTED**. Respondents will have through June 10, 2019, to file and serve an answer to the remaining claims in the petition (ECF No. 9).

DATED: April 29, 2019.

_____
ROBERT C. JONES
United States District Judge